ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

VICTOR ALONZO MARQUEZ (01)
a/k/a "Panza"
ANTHONY MEDINA (02)
a/k/a "Ant"
IDALIA PERALTA (03)
a/k/a "Yaya"
MAURO LIZANDRO GONZALEZ-CEPEDA (04)
JOHN JOSHUA FREEMAN (05)
LEWIS EDWARD BROWN JR.   (06)
a/k/a/ "Slim"
JUAN LOPEZ-VIERA (07)
PEDRO FARIAS-FIGUEROA (08)

No.



4-24CR-089-P

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 1 0 2024

CLERK, U.S. DISTRICT COURT
By _____
Deputy

INDICTMENT

The Grand Jury Charges:

Count One
Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C))

Beginning in or about September of 2022 and continuing until in or about

February of 2024, in the Fort Worth Division of the Northern District of Texas and

elsewhere, the defendants, **Victor Alonzo Marquez**, also known as Panza; **Anthony**

**Medina**, also known as Ant; **Idalia Peralta**, also known as Yaya; **Mauro Lizandro**

**Gonzalez-Cepeda**; **Lewis Edward Brown Jr.**, also known as Slim, along with others

known and unknown, did knowingly and intentionally combine, conspire, confederate,

3W

and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), namely to distribute and possess with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of N-phenyl-N-[1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C).

<u>Count Two</u>

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C))

Beginning in or about September of 2022 and continuing until in or about February of 2024, in the Fort Worth Division of the Northern District of Texas and elsewhere, the defendants, **Victor Alonzo Marquez**, also known as Panza; **Anthony Medina**, also known as Ant; **Idalia Peralta**, also known as Yaya; **Mauro Lizandro Gonzalez-Cepeda**; **John Joshua Freeman**; **Juan Lopez-Viera**; and **Pedro Farias-Figueroa** along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), namely to distribute and possess with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C).

**Indictment – Page 3**

<u>Count Three</u>
Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C))

Beginning in or about September of 2022 and continuing until in or about February of 2024, in the Fort Worth Division of the Northern District of Texas and elsewhere, the defendants, **Victor Alonzo Marquez**, also known as Panza; **Lewis Edward Brown Jr.**, also known as Slim; and **Juan Lopez-Viera**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), namely to distribute and possess with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C).

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d); 21 U.S.C. § 853; and 28 U.S.C. § 2461(c))

Upon conviction of the offenses alleged in Counts One through Four of this Indictment, and under 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), the defendants, **Victor Alonzo Marquez**, also known as Panza; **Anthony Medina**, also known as Ant, **Idalia Peralta**, also known as Yaya, **Mauro Lizandro Gonzalez-Cepeda, Lewis Edward Brown Jr., John Joshua Freeman, Juan Lopez-Viera** and **Pedro Farias-Figueroa** shall forfeit to the United States of America any property, tool, instrumentality, currency, firearm, ammunition, and firearm accessory involved in or used to commit the offenses alleged in Counts One through Three of this Indictment, and any fruits or proceeds from the offenses alleged in Counts One through Three of this Indictment.

A TRUE BILL.

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
FRANK L. GATTO
Assistant United States Attorney
Texas Bar No. 24062396
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
Email: Frank.Gatto@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

VICTOR ALONZO MARQUEZ (01)
a/k/a "Panza"
ANTHONY MEDINA (02)
a/k/a "Ant"
IDALIA PERALTA (03)
a/k/a "Yaya"
MAURO LIZANDRO GONZALEZ-CEPEDA (04)
JOHN JOSHUA FREEMAN (05)
LEWIS EDWARD BROWN, JR. (06)
a/k/a "Slim"
JUAN LOPEZ-VIERA (07)
PEDRO FARIAS-FIGUEROA (08)

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
Counts 1 - 3

18 U.S.C. § 924(d); 21 U.S.C. § 853; and 28 U.S.C. § 2461(c)
Forfeiture Notice

A true bill rendered

FORT WORTH                                                FOREPERSON

Filed in open court this 10th day of April, 2024.

--------------------------------------------------------------------------------

**Defendants Marquez (01), Gonzalez-Cepeda (03) on Conditions of Release**

**Defendants Medina (02), Freeman (05), Lopez-Viera, (07) Pedro Farias-Figueroa –
In Custody**

**Defendants Peralta (03), Brown (06) – Warrant to Issue in State Custody**

----------------------------------------------------------------------------------------------------

Hal R. Ray, Jr.

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:24-MJ-115-BP;
4:24-MJ-109-BP (07)